

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Joshua P. Knight,                              * Original Mandamus Proceeding

No. 11-22-00364-CV                               * January 12, 2023

                                                              * Per Curiam Memorandum Opinion
                                                                 (Panel consists of: Bailey, C.J.,
                                                                 Trotter, J., and Williams, J.

    This court has considered Joshua P. Knight's petition for writ of mandamus and concludes that the petition for writ of mandamus should be denied.   Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.